# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2033

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| U.S. Currency, in the amount of | * | Western District of Missouri. |
| $11,511.00, | * | |
| | * | [UNPUBLISHED] |
| Defendant, | * | |
| | * | |
| Jeffrey B. Austin, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: March 5, 2010
Filed: March 24, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jeffrey B. Austin appeals the district court's[1] adverse judgment entered after a bench trial in this civil forfeiture action brought by the United States. After careful review, see United States v. $84,615 in U.S. Currency, 379 F.3d 496, 501 (8th Cir.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

2004) (standard of review), we find no basis for reversal.  Accordingly, we affirm.
<u>See</u> 8th Cir. R. 47B.

_____